# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00325-CV

**John Thomas Aiken, Appellant**

**v.**

**Angelique S. Naylor, Appellee**

### FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-17-001602, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

This Court stayed this appeal in 2017 after receiving notice of a related bankruptcy. *See* Tex. R. App. P. 8.1, 8.2. After the stay, no party to this appeal sought reinstatement. *See* Tex. R. App. P. 8.3. We have now been informed that the bankruptcy case related to this appeal is closed and, therefore, have reinstated the appeal.

On June 26, 2020, the Clerk of this Court sent notice to the parties that this appeal would be dismissed for want of prosecution unless a status report was filed on or before July 6, 2020, that provided reason to retain this appeal. *See* Tex. R. App. P. 42.3(b). To date, no response has been filed. Accordingly, we dismiss the appeal for want of prosecution.

_____

Melissa Goodwin, Justice

Before Justices Goodwin, Triana, and Smith

Dismissed for Want of Prosecution

Filed:   October 6, 2020